43926. THE STATE v. MINCEY.
(353 SE2d 814)

PER CURIAM.

We granted certiorari to the Court of Appeals' opinion in *Mincey v. State,* 180 Ga. App. 263 (349 SE2d 1) (1986) to consider whether *Batson v. Kentucky,* 476 U. S. ___ (106 SC 1712, 90 LE2d 69) (1986) should be applied retroactively to cases pending on appeal or not final at the time *Batson* was decided. The United States Supreme Court has answered the question in favor of retroactivity. *Griffith v. Kentucky,* 55 USLW 4089 (___ U. S. ___), decided January 13, 1987. The Court of Appeals' opinion was in agreement.

*Judgment affirmed. All the Justices concur.*

DECIDED JANUARY 28, 1987.

*Spencer Lawton, Jr., District Attorney, Jeffrey S. Hendrix, Assistant District Attorney,* for appellant.
*Michael G. Schiavone, Kermit S. Dorough, Jr.,* for appellee.